# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| DANIEL B. VANWART, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:14-cv-00132-JDL |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 29) with the court on August 29, 2014, pursuant to 28 U.S.C. § 636 (b)(1)(B) and Federal Rule of Civil Procedure 72(b). The plaintiff filed his Objection to the Recommended Decision on September 8, 2014 (ECF No. 31). The defendant filed its Response to Plaintiff's Objection on September 22, 2014 (ECF No. 33).

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

**SO ORDERED.**

/s/Jon D. Levy
**United States District Judge**

Dated this 14th day of October, 2014.